SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
SHAWN M. WROBEL Bar No. 230030
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
rebecca.hull@sdma.com
shawn.wrobel@sdma.com

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY
(erroneously sued as METROPOLITAN LIFE INSURANCE
COMPANY AND AFFILIATED COMPANIES)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESLIE C.V. BONNER,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. C08-01898 RS<br><br>**NOTICE OF NOTICE OF FILING NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that defendant Metropolitan Life Insurance Company (erroneously sued herein as Metropolitan Life Insurance Company And Affiliated Companies) ("MetLife") has, on April 10, 2008, filed in the Superior Court of California, County of Santa Clara, a Notice of Filing of Notice of Removal in the above-entitled action, a copy of which is

///

///

1 | attached hereto (exhibits excluded).

2 | DATED: April 11, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

4 | By: _____
Rebecca A. Hull
Shawn M. Wrobel
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY (erroneously sued as
METROPOLITAN LIFE INSURANCE
COMPANY AND AFFILIATED COMPANIES)

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL  Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant
7  METROPOLITAN LIFE INSURANCE COMPANY
   (erroneously sued as METROPOLITAN LIFE INSURANCE
8  COMPANY AND AFFILIATED COMPANIES)

9

   ENDORSED

   2008 APR 10 P 2: 46

   [stamp: Kiri Torre Chief Executive Officer/Clerk, Superior Court, County of Santa Clara, BY A. Ilas]

                SUPERIOR COURT OF THE STATE OF CALIFORNIA

                         COUNTY OF SANTA CLARA

LESLIE C.V. BONNER,                     CASE NO. 108CV107199

              Plaintiff,                NOTICE TO STATE COURT AND
                                        ADVERSE PARTIES OF REMOVAL OF
       v.                               ACTION TO FEDERAL COURT

METROPOLITAN LIFE INSURANCE
COMPANY AND AFFILIATED
COMPANIES, SAMSUNG                      BY FAX
INFORMATION SYSTEMS AMERICA,
INC., KERI L. BONNER, DAMON J.
BONNER, RACHEL A. BONNER and
DOES 1-100, Inclusive,

              Defendants.


       TO   PLAINTIFF AND TO THE CLERK OF THE SUPERIOR COURT OF THE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

       PLEASE TAKE NOTICE that defendant Metropolitan Life Insurance Company

(erroneously sued herein as Metropolitan Life Insurance Company And Affiliated Companies)

("MetLife") has filed a Notice of Removal of the above-captioned action to federal court, in the

office of the clerk of the United States District Court for the Northern District of California, San

Jose Division, on grounds of federal question jurisdiction. A true and correct copy of said Notice

SF/1498959v1                              -1-                              108CV107199
               NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

1  of Removal is attached hereto and served herewith.

2      PLEASE TAKE FURTHER NOTICE that all further proceedings and hearings in this
3  matter shall take place only in the United States District Court for the Northern District of
4  California, San Jose Division, before such judge as shall be assigned by that Court.

6  DATED: April 10, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP

8  By: _____
    Rebecca A. Hull
9      Shawn M. Wrobel
    Attorneys for Defendant
10     METROPOLITAN LIFE INSURANCE
    COMPANY (erroneously sued as
11     METROPOLITAN LIFE INSURANCE
    COMPANY AND AFFILIATED COMPANIES)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 11, 2008, I served the within document(s):

**NOTICE OF NOTICE OF FILING NOTICE OF REMOVAL**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Nancie Yomtov                                Attorneys For Plaintiff
210 N. Fourth Street, Suite 101
San Jose, CA 95112-5558

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 11, 2008, at San Francisco, California.

_____
Mark Mitobe

PROOF OF SERVICE

SF/1500921v1