1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant
7  METROPOLITAN LIFE INSURANCE COMPANY
   (erroneously sued as METROPOLITAN LIFE INSURANCE
8  COMPANY AND AFFILIATED COMPANIES)

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  LESLIE C.V. BONNER,                    CASE NO. C08-01898 RS

             Plaintiff,                    **CERTIFICATE OF SERVICE**
14
        v.
15
    METROPOLITAN LIFE INSURANCE
16  COMPANY AND AFFILIATED
    COMPANIES, SAMSUNG
17  INFORMATION SYSTEMS AMERICA,
    INC., KERI L. BONNER, DAMON J.
18  BONNER, RACHEL A. BONNER and
    DOES 1-100, Inclusive,
19
             Defendants.
20

21

22

23

24

25

26

27

28

SF/1500841v1

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 16, 2008, I served the within document(s):

**NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1441(A), 1441(B) AND 1441(C)**

**CIVIL COVER SHEET**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE ADR DEADLINES**

**STANDING ORDERS**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE (WITH CONSENT AND DECLINATION FORMS)**

**ECF REGISTRATION INFORMATION HANDOUT**

**USDC-NORTHERN DISTRICT OF CA, SAN JOSE DIVISION INFORMATION SHEETS**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Robert E. Dunne<br>Sweeney, Mason, Wilson & Bosomworth, APC<br>983 University Avenue, Suite 104 C<br>Los Gatos, CA 95032 | Attorneys for Defendants Keri Bonner and Damon Bonner |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 16, 2008, at San Francisco, California.

_____
Cristi L. Hursh

CERTIFICATE OF SERVICE

SF/1502222v1