SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
SHAWN M. WROBEL Bar No. 230030
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
rebecca.hull@sdma.com
shawn.wrobel@sdma.com

Attorneys for Defendant and Counterclaimant/Crossclaimant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C.V. BONNER,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER and DOES 1-100, Inclusive,<br><br>        Defendants. | CASE NO. C08-01898 RS<br><br>**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS**<br><br>[CIVIL L.R. 3-16] |
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Counterclaimant/Crossclaimant,<br><br>    v.<br><br>LESLIE C.V. BONNER,<br><br>        Counterdefendant,<br><br>KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER,<br><br>        Crossdefendants. | |

SF/1504136v1

-1-            C08-01898 RS
**METLIFE'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding: Metropolitan Life Insurance Company;
6  Samsung Electronics America, Inc. Term Life and Accidental Death and Dismemberment
7  Insurance Plan.

8  DATED: April 24, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP

10                                       By: /s/ Shawn M. Wrobel
                                              Rebecca A. Hull
11                                            Shawn M. Wrobel
                                              Attorneys for Defendant and
12                                            Counterclaimant/Crossclaimant
                                              METROPOLITAN LIFE INSURANCE
13                                            COMPANY

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 24, 2008, I served the within document(s):

**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Nancie Yomtov<br>210 N. Fourth Street, Suite 101<br>San Jose, CA 95112-5558<br>Telephone: 408-993-0808<br>Facsimile: 408-271-9476 | Attorneys For Plaintiff |
| Robert E. Dunne<br>Sweeney, Mason, Wilson & Bosomworth, APC<br>983 University Avenue, Suite 104 C<br>Los Gatos, CA 95032<br>Telephone: 408-356-3000<br>Facsimile: 408-354-8839 | Attorneys for Defendants Keri L. Bonner and Damon J. Bonner |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 24, 2008, at San Francisco, California.

_____
Mark Mitobe

PROOF OF SERVICE

SF/1500921v1