```
MARTIN DEUTSCH    (SBN 111409)
SOSAN AKBAR    (SBN 212424)
LAW OFFICES OF MARTIN DEUTSCH
440 N. FIRST STREET
SAN JOSE, CA 95112
(408) 947-1760
Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LESLIE C. V. BONNER | Case No.: C08-01898 RS |
|---|---|
| Plaintiff (s), | |
| Vs. | **PLAINTIFF LESLIE C. V BONNER'S SUBSTITUTION OF ATTORNEY** |
| METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KER L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, AND DOES 1-100 INCLUSIVE. | |
| Defendant (s). | |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** Plaintiff, LESLIE C.V. BONNER, makes the following substitution:

**Form Legal Representative**: Nancie Yomotov
LAW OFFICES OF NANCIE YOMOTOV
210 N. FOURTH STREET, #101
SAN JOSE, CA 95112

///

///

1
2
    **New Legal Representative:**    Martin Deutsch
3
    LAW OFFICES OF MARTIN DEUTSCH
4
    440 N. First Street, Suite 200
    San Jose, CA 95112
5
    (408)947-1760
    (408) 947-0349 – Fax
6
    deutschlaw@msn.com
7
8  DATED: May 21, 2008
    _____
9
    LESLIE C.V. BONNER
    Plaintiff
10
11
12  DATED: May ___, 2008
    _____
13
    NANCIE YOMTOV
    Former Attorney for Plaintiff
14
15
16  DATED: May 22, 2008
    _____
    MARTIN DEUTSCH
17
    New Attorney for Plaintiff

PLAINTIFF LESLIE C. V BONNER'S SUBSTITUTION OF ATTORNEY

2

1  MARTIN DEUTSCH   (SBN 111409)
   SOSAN AKBAR   (SBN 212424)
   LAW OFFICES OF MARTIN DEUTSCH
2  440 N. FIRST STREET
   SAN JOSE, CA 95112
3  (408) 947-1760
   Attorneys for Defendants
4

5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESILIE C. V. BONNER<br><br>Plaintiff (s),<br><br>Vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KER L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, AND DOES 1-100 INCLUSIVE.<br><br>Defendant (s). | Case No.: C08-01898 RS<br><br>PLAINTIFF LESILIE C. V BONNER'S SUBSTITUTION OF ATTORNEY |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** Plaintiff, LESILIE C.V. BONNOR, makes the following substitution:

Form Legal Representative: Nancie Yomotov
LAW OFFICES OF NANCIE YOMOTOV
210 N. FOURTH STREET, #101
SAN JOSE, CA 95112

///

///

PLAINTIFF LESILIE C. V BONNER'S SUBSTITUTION OF ATTORNEY

1

| | | |
|---|---|---|
| | **New Legal Representative:** | Martin Deutsch<br>LAW OFFICES OF MARTIN DEUTSCH<br>440 N. First Street, Suite 200<br>San Jose, CA 95112<br>(408)947-1760<br>(408) 947-0349 – Fax<br>deutschlaw@msn.com |

DATED: May    , 2008

_____
LESLIE C.V. BONNER
Plaintiff


DATED: May ‍‍‍ , 2008

_____
NANCIE YOMTOV
Former Attorney for Plaintiff


DATED: May    , 2008

_____
MARTIN DEUTSCH
New Attorney for Plaintiff