```
 1  JOHN F. BAUM (SBN 148366)
    ANN E. SOTER (SBN 229338)
 2  CURIALE DELLAVERSON HIRSCHFELD
      & KRAEMER, LLP
 3  727 Sansome Street
    San Francisco, CA 94111
 4  Telephone: (415) 835-9000
    Facsimile: (415) 834-0443
 5
    Attorneys for Defendant
 6  SAMSUNG INFORMATION SYSTEMS
    AMERICA, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LESLIE C.V. BONNER,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER and DOES 1-100, Inclusive,<br><br>        Defendants. | Case No. C 08-01898 RS<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT SAMSUNG INFORMATION SYSTEMS AMERICA, INC.** |

    1.    **WHEREAS** Plaintiff Leslie C.V. Bonner ("Plaintiff") and Defendant Samsung Information Systems America, Inc. ("Defendant Samsung") wish to amicably resolve this matter now pending before this Court; and

    2.    **WHEREAS** Plaintiff and Defendant Samsung have in fact reached an agreement for such resolution;

    **NOW THEREFORE**, Plaintiff and Defendant Samsung hereby agree and stipulate that, pursuant to Federal Rule of Civil Procedure 41 (a)(1), and pursuant to the terms of the agreement

1  reached by them, **Plaintiff shall and hereby does dismiss, with prejudice, all causes of action
2  as to Defendant Samsung** currently pending before this Court in Case No. C08-01898 RS.

3
4  Dated: June 10, 2008

LAW OFFICES OF MARTIN DEUTSCH

5
6  By: /s/ Martin Deutsch
   Martin Deutsch
   Attorney for Plaintiff
7  LESLIE C.V. BONNER

8
9  Dated: June 5, 2008

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

10
11
12  By: /s/ John F. Baum
    John F. Baum
    Attorney for Defendant
13  SAMSUNG INFORMATION SYSTEMS
    AMERICA, INC.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION FOR DISMISSAL
CASE NO.: C 08-01898 RS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP, 727 Sansome Street, San Francisco, CA 94111. On June 11, 2008, I served the following document(s) by the method indicated below:

**STIPULATION FOR DISMISSAL**

By transmitting **via facsimile** on this date from fax number (415) 834-0443 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

**XX** by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

by placing the document(s) listed above in a sealed envelope(s) and by causing **personal delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On June 11, 2008, I caused to be served via messenger the above-listed documents.

by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

By placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

*Attorney for Plaintiff, C.V. Bonner:*

Martin Deutsch, Esq.
Law Offices of Martin Deutsch
440 North First Street, Suite 200
San Jose, CA 95112
Telephone:    (408) 947-1760

*Attorney for Defendants, Bonners:*

Robert E. Dunne, Esq.
Sweeney, Mason, Wilson & Bosomworth, APC
983 University Avenue, Suite 104 C
Los Gatos, CA 95032

*Attorney for Defendant, Metropolitan Life:*

Rebecca A. Hull, Esq.
Shawn M. Wrobel, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105

PROOF OF SERVICE                                                                                        4844-0813-9266

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2008 at San Francisco, California.

*Cheri McCaffrey*
Cheri McCaffrey