*E-FILED*
July 8, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C.V. BONNER, | No. C 08-01898 RS |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for July 30, 2008 at 2:30 p.m. has been continued to **August 6, 2008 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **July 30, 2008**.

Dated: July 8, 2008

                                              For the Court,
                                              RICHARD W. WEIKING, Clerk

                                              By:  /s/ Martha Parker Brown
                                                         Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

Martin Robert Deutsch    deutschlaw@msn.com

Rebecca A. Hull    rebecca.hull@sdma.com, cristi.hursh@sdma.com, mark.mitobe@sdma.com, sdmacalendaring@sdma.com

Shawn Michael Wrobel    shawn.wrobel@sdma.com, mark.mitobe@sdma.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.