ROBERT E. DUNNE, ESQ. (108946)
STUART G. SCHMIDT, ESQ. (190079)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone:  (408) 356-3000
Facsimile:  (408) 354-8839

Attorneys for Defendants
KERI L. BONNER AND
DAMON J. BONNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C.V. BONNER<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KERI L. BONNER, DAMON J. BONNER, RACHAEL A. BONNER, and Does 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.: C08-01898 RS<br><br>ANSWER OF KERI L. BONNER AND DAMON J. BONNER TO THE COUNTERCLAIM/CROSS-CLAIM OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY |

Counterclaim and Cross-Claim Defendant's Keri L. Bonner and Damon J. Bonner hereby answer the counterclaim/cross-claim of Defendants Metropolitan Life Insurance Company as follows.

1. These answering parties believe that jurisdiction is properly founded in this court.
2. These answering Defendant's believe this allegation to be true.
3. These answers Defendant's believe venue is proper in this court.
4. These answers parties lack information and believe to enable them to answer this allegation.

5. These answering Defendant's believe this allegation to be true.

6. These answering Defendant's believe this allegation to be true.

7. These answering Defendant's believe this allegation to be true.

8. These answering Defendant's believe this allegation to be true.

9. These answering Defendant's believe these allegations to be true.

10. These answering Defendant's lack information and believe to be able to respond to these allegations.

11. These answering Defendant's lack information and believe to be able to respond to these allegations.

12. These answering Defendant's believe these allegations to be true.

13. These answering Defendant's believe these allegations to be true with the except on that at the time of Federick's death he was legally separated from Leslie Bonner.

14. These answering Defendant's believe these allegations to be true.

15. These answering Defendant's believe these allegations to be true with the exception to the allegations wherein Plaintiff claims to be entitled to the full amount of the plans benefit, which these answering parties deny.

16. These answering parties lack information and believe to be able to answer these allegations.

17. These answering parties lack information and believe to be able to answer these allegations.

18. These answering Defendant's reincorporate and reallege paragraph 1 through 17 above.

19. These answering Defendant's believe the allegations to be true.

20. These answering Defendant's do not have sufficient information and belief to answer these allegations.

21. These answering Defendant's do not have sufficient information and belief to answer these allegations.

22. These answering Defendant's do not have sufficient information and belief to

answer these allegations.

1. WHEREFORE: Keri L. Bonner and Damon J. Bonner having previously answered the complaint of Plaintiff reincorporate and reallege the allegation contained therein. (Attached hereto as Exhibit A).

2. Keri L. Bonner and Damon J. Bonner in answering the Counterclaim/Cross-Claim of Metropolitan Life pray that Metropolitan Life recovery nothing by virtue of their Counterclaim/Cross-Claim.

Respectfully submitted.

Dated: July 14, 2008

SWEENEY, MASON, WILSON
& BOSOMWORTH

By: _____
ROBERT E. DUNNE, ESQ.
Attorney for Defendants KERI L. BONNER
DAMON J. BONNER