# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bonner,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Metropolitan Life Insurance Company and Affiliated,<br><br>　　　　　　Defendant(s). | 08-01898 RS<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
08-01898 RS　　　　　　　　　　　　　　　-1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: July 23, 2008

                        RICHARD W. WIEKING
                        Clerk
                        by:    Lisa Salvetti

                        ADR Administrative Assistant
                        415-522-2032
                        lisa_salvetti@cand.uscourts.gov

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
08-01898 RS                         -2-

PROOF OF SERVICE

Case Name:    Bonner v. Metropolitan Life Insurance Company and Affiliated

Case Number:  08-01898 RS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On July 23, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Martin Robert Deutsch
>   Law Offices of Martin Deutsch
>   440 N. 1st Street
>   Suite 200
>   San Jose, CA 95112
>   deutschlaw@msn.com
>
>   Rebecca A. Hull
>   Sedgwick, Detert, Moran & Arnold LLP
>   One Market Plaza
>   Steuart Tower, 8th Floor
>   San Francisco, CA 94105
>   rebecca.hull@sdma.com
>
>   Shawn Michael Wrobel
>   Sedgwick Detert Moran & Arnold LLP
>   One Market Plaza
>   Steuart Tower, 8th Floor
>   San Francisco, CA 94105
>   shawn.wrobel@sdma.com

Robert E. Dunne
Law Offices of Robert E. Dunne
60 South Market Street
Suite 1500
San Jose, CA 95113
dunnelaw@aol.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 23, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Lisa Salvetti

*[signature]*

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov