1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   rebecca.hull@sdma.com
5

6  Attorneys for Defendant and Counterclaimant/Crossclaimant
   METROPOLITAN LIFE INSURANCE COMPANY
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LESLIE C.V. BONNER, | CASE NO. C08-01898 RS |
| 12         Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| 13         v. | |
| 14  METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER and DOES 1-100, Inclusive, | |
| 18         Defendants. | |
| 19  METROPOLITAN LIFE INSURANCE COMPANY, | |
| 21         Counterclaimant/Crossclaimant, | |
| 22         v. | |
| 23  LESLIE C.V. BONNER, | |
| 24         Counterdefendant, | |
| 25  KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, | |
| 26         Crossdefendants. | |

27

28

SF/1527180v1

-1-                                                    **C08-01898 RS**
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July 30, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
   Rebecca A. Hull
   Attorneys for Defendant and
   Counterclaimant/Crossclaimant
   METROPOLITAN LIFE INSURANCE
   COMPANY

SF/1527180v1

-2-                                C08-01898 RS
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**