1  MARTIN DEUTSCH  (SBN 111409)
   SOSAN AKBAR  (SBN 212424)
   LAW OFFICES OF MARTIN DEUTSCH
2  440 N. FIRST STREET
   SAN JOSE, CA 95112
3  (408) 947-1760
   Attorneys for Defendants
4

5                    **UNITED STATES DISTRICT COURT**

6                   **NORTHERN DISTRICT OF CALIFORNIA**

7
   LESILIE C. V. BONNER                    Case No.:  C08-01898 RS
8

9          Plaintiff (s),

10                                         **PROOF OF SERVICE**
   Vs.
11

12  METROPOLITAN LIFE INSURANCE
    COMPANY AND AFFILIATED
13  COMPANIES, SAMSUNG INFORMATION
    SYSTEMS AMERICA, INC., KER L.
14  BONNER, DAMON J. BONNER, RACHEL
    A. BONNER, AND DOES 1-100
15  INCLUSIVE.

16          Defendant (s).

17

18

19  ─────────────────────────────────────

20          I am a citizen of the United States and an employee of the County aforesaid.  I

21  am over the age of eighteen years and not a party to the within action.  My business

22  address is 440 North First Street, Suite 200, San Jose, California 95112.  On the date

23  mentioned below, I caused a true copy (ies) of the following document(s) to be served

24
    on the parties below using the method(s) checked:
25

26
           **PLAINTIFF LESLIE BONNER'S CMC STATMENT**
27
           on the Addressee(s) below named in said action by:
28

[X]    First Class Mail.  I am familiar with the regular mail collection and processing practices of the business.  The mail will be deposited with the United States Postal Service on the same day following ordinary business practices.  I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ]    Express Mail Delivery.

[]    Facsimile at the fax numbers shown after each name below.

**Addressee(s):**

Robert Dunne
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Ave, Suite 104c
Palo Alto, Ca 95032

Rebecca Hull
SEDWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower, 8th Fllor,
San Francisco, Ca 94105

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 31, 2008 at San Jose, California.

_____
Sahar Akbar

1    MetLife contends that no jury trial is available in this matter, because

2  ERISA is a purely equitable statute.  *See Spinelli v. Gaughan*, 12 F.3d 853 (9th Cir.

3  1993).  MetLife estimates that the matter would require no more than one-half day.

4    The remaining parties demand a jury trial at this time.

5    Estimate length 5 days.

6  ///

7  ///

8    **19.    Disclosure of Non-party Interest Entities or Persons**

9    None.

10

11    LAW OFFICES OF MARTIN DEUTSCH

12

13

14  Dated: July 31, 2008

    —Sosan Akbor, Esq.

15

16

17

18

19

20

21

22

23

24

25

26

27

28