MARTIN DEUTSCH   (SBN 111409)
SOSAN AKBAR   (SBN 212424)
LAW OFFICES OF MARTIN DEUTSCH
440 N. FIRST STREET
SAN JOSE, CA 95112
(408) 947-1760
Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESILIE C. V. BONNER | Case No.: C08-01898 RS |
| Plaintiff (s), | |
| Vs. | **PROOF OF SERVICE** |
| METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KER L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, AND DOES 1-100 INCLUSIVE. | |
| Defendant (s). | |

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 440 North First Street, Suite 200, San Jose, California 95112. On the date mentioned below, I caused a true copy (ies) of the following document(s) to be served on the parties below using the method(s) checked:

**PLAINTIFF LESLIE BONNER'S UPDATED CMC STATMENT**

on the Addressee(s) below named in said action by:

PROOF OF SERVICE
1

1  [X]  First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ]  Express Mail Delivery.

[ ]  Facsimile at the fax numbers shown after each name below.

**Addressee(s):**

Robert Dunne
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Ave, Suite 104c
Palo Alto, Ca 95032

Rebecca Hull
SEDWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower, 8th Fllor,
San Francisco, Ca 94105

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August __, 2008 at San Jose, California.

Sahar Akbar

PROOF OF SERVICE
2