IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE C.V. BONNER,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendant.

***E-FILED - 8/12/08***

CASE NO.: C-08-01898-RMW

**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 22, 2008, has been continued to **September 12, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by September 5, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 12, 2008

                                                      JACKIE GARCIA
                                                      Courtroom Deputy for
                                                      Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record: