MARTIN DEUTSCH   (SBN 111409)
SOSAN AKBAR   (SBN 212424)
LAW OFFICES OF MARTIN DEUTSCH
440 N. FIRST STREET
SAN JOSE, CA 95112
(408) 947-1760
Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C. V. BONNER | Case No.:  C08-01898 RS |
| Plaintiff (s), | |
| Vs. | **ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR DEFENDANT PURSUANT TO F.R.C.P. RULE 17(C)** |
| METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KER L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, AND DOES 1-100 INCLUSIVE. | |
| Defendant (s). | |

On this _____, it being made to appear to the court that Defendant, RACHEL BONNER, one of the defendants, is an infant, under the age of 10 years, and has been duly served with summons and complaint, it is ordered by the court that STEPHEN SMITH be and STEPHEN SMITH is appointed guardian ad litem for the infant defendant.

Dated: _____

_____
United States District Judge

ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR DEFENDANT PURSUANT TO F.R.C.P. RULE 17(C)