```
MARTIN DEUTSCH   (SBN 111409)
SOSAN AKBAR   (SBN 212424)
LAW OFFICES OF MARTIN DEUTSCH
440 N. FIRST STREET
SAN JOSE, CA 95112
(408) 947-1760
Attorneys for PLAINTIFF
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C. V. BONNER | Case No.: C08-01898 RS |
| Plaintiff (s), | |
| Vs. | **PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR DEFENDANT PURSUANT TO F.R.C.P. RULE 17(C)** |
| METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KER L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, AND DOES 1-100 INCLUSIVE. | |
| Defendant (s). | |

Plaintiff, LESLIE BONNER, states:

1.  The complaint was filed against Defendant, RACHEL BONNER for the purpose of determining the beneficiaries of Defendants father's life insurance.

2.  Defendant RACHEL BONNER is an infant, under the age of 10 years.

3.  On March 3, 2008, a summons and complaint in this action was duly served on Defendant, RACHEL BONNER, requiring Defendant, RACHEL BONNER, to appear and answer the complaint, returnable on April 14, 2008.

---

**PLAINTIFF LESLIE C. V BONNER'S CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO LOCAL RULE 16-9**

1

4. Although more than 30 days have elapsed since the day of appearance named in the process, no guardian ad litem has yet been appointed for the infant RACHEL BONNER or applied for by RACHEL BONNER or by any person on RACHEL BONNER's behalf.

Wherefore, Plaintiff prays that Stephen Smith, the godfather of Defendant RACHEL BONNER, a personal friend of Defendant RACHEL BONNER's deceased father, who has consented to act as such as and is someone who is properly qualified may be appointed guardian ad litem of the infant Defendant, RACHEL BONNER, to appear and defend this suit on Defendant, RACHEL BONNER's behalf.

Dated: 9/2/01         LAW OFFICES OF MARTIN DEUTSCH


MARTIN DEUTSCH
ATTORNEY FOR PLAINTIFF