1  MARTIN DEUTSCH   (SBN 111409)
   SOSAN AKBAR   (SBN 212424)
2  LAW OFFICES OF MARTIN DEUTSCH
   440 N. FIRST STREET
3  SAN JOSE, CA 95112
   (408) 947-1760
4  Attorneys for Defendants

*E-FILED - 4/30/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C. V. BONNER | Case No.: C08-01898 ~~RS~~ RMW |
| Plaintiff (s), | |
| Vs. | ORDER GRANTING |
| METROPOLITAN LIFE INSURANCE COMPANY AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KER L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, AND DOES 1-100 INCLUSIVE. | **PLAINTIFF LESLIE C. V BONNER'S SUBSTITUTION OF ATTORNEY** |
| Defendant (s). | |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** Plaintiff, LESLIE C.V. BONNER, makes the following substitution:

**Form Legal Representative**: Martin Deutsch
LAW OFFICES OF MARTIN DEUTSCH
440 North First St. Ste 200
SAN JOSE, CA 95112

///

///

**New Legal Representative:**   Leslie C.V. Bonner
In Pro Per
Lesile Bonner
P.O. BOX 2365
Sunnyvale, CA 94087
(408)203-9566
lbonner@sbcglobal.net

DATED: April     , 2009

_____
LESLIE C.V. BONNER
Plaintiff

DATED:  April  ʃ , 2008

*[signature: Martin Deutsch]*
MARTIN DEUTSCH
Former Attorney for Plaintiff

DATED: April     , 2008

_____
LESLIE C.V. BONNER
In PRO PER

Dated: 4/30/09

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED — Ronald M. Whyte, Judge Ronald M. Whyte]*