| | |
|---|---|
| 1 | STEPHEN A. SMITH |
| 2 | 820 Muender Av.<br>Sunnyvale, CA 94086 |
| 3 | Telephone (408) 774-1187 |
| 4 | Telephone (408) 203-7750 |
| 5 | Guardian ad Litem for<br>Minor Rachel Bonner |

*E-FILED - 6/17/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C.V. BONNER | CASE NO.: C08-01898 RMW |
| Plaintiff, | **ORDER APPROVING COMPROMISE OF CLAIM-MINOR** |
| v. | |
| METROPOLITAN LIFE INSURANCE AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, and DOES 1 to 100, inclusive, | |
| Defendants. | |

Petitioner Stephen Smith has petitioned for the approval of the proposed compromise of claim.

Petitioner is claimant's Guardian ad Litem. Claimant is a minor.

## ORDER

The petition is granted and the settlement and compromise is approved.

MetLife shall disburse the proceeds of the Samsung Electronics America, Inc., Term Life

---

ORDER APPROVING COMPROMISE OF CLAIM-MINOR

1

and Accidental Death and Dismemberment Insurance Plan insuring Fredrick D. Bonner, as follows:

To Leslie Bonner – Zero-Leslie Bonner has waived any claim to the life insurance proceeds

To Keri Bonner - $65,000.00 plus 1/3 of the accrued interest.

To Damon Bonner - $65,000.00 plus 1/3 of the accrued interest.

To Stephen Smith, Guardian ad Litem for Rachel Bonner - $65,000.00 plus 1/3 of the accrued interest.

This disbursement to Stephen Bonner as GAL for Rachel Bonner shall be deposited into a blocked account at State Farm Bank and will be a five year certificate of deposit.

The petitioner must deliver to State Farm Bank at the time of deposit three copies of the Order to Deposit Money Into a Blocked Account ("Order"), which is being signed contemporaneously with this order, and three copies of the Receipt and Acknowledgement of Order to Deposit Money Into a Blocked Account ("Receipt").

The petitioner must file a copy of the Receipt with this court within 15 days of deposit.

The blocked account belongs to a minor. The minor was born on February 7, 1998.

The proceeds deposited into the blocked account may be withdrawn only as follows:

No withdrawals of principal or interest may be made from the blocked account without a written order under this case name and number, signed by a judge, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this court, is authorized to and directed to pay directly to the former minor, upon proper demand,

ORDER APPROVING COMPROMISE OF CLAIM-MINOR

2

1 | all moneys including interest deposited under this order.

2 | Date: ~~May~~ __16__, 2009           By: *Ronald M. Whyte*
     June                                      Hon. Ronald M. Whyte,
                                               United States District Court Judge

---

**ORDER APPROVING COMPROMISE OF CLAIM-MINOR**

3