STEPHEN A. SMITH
820 Muender Av.
Sunnyvale, CA 94086

Telephone (408) 774-1187
Telephone (408) 203-7750

Guardian ad Litem for
Minor Rachel Bonner

*E-FILED - 6/17/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE C.V. BONNER<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE AND AFFILIATED COMPANIES, SAMSUNG INFORMATION SYSTEMS AMERICA, INC., KERI L. BONNER, DAMON J. BONNER, RACHEL A. BONNER, and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.: C08-01898 RMW<br><br>**ORDER TO DEPOSIT MONEY INTO A BLOCKED ACCOUNT** |

The petition of Stephen Smith, Guardian ad Litem for minor Rachel Bonner to deposit funds into a blocked account came on for having been approved by the Honorable Ronald M. Whyte, Judge of the United States District Court for the Northern District of California.

**THE COURT ORDERS**

Money that belong to Rachel Bonner shall be deposited into a five year certificate of deposit account at State Farm Bank.

The account shall indicate the name of the minor who owns the account.

---

ORDER TO DEPOSIT MONEY INTO A BLOCKED ACCOUNT                                                        1

1   The total amount authorized for deposit, plus accrued interest, is $78,333.33.

3   No withdrawals of principal or interest may be made from the blocked account without a
4   written order under this case name and number, signed by a judge, until the minor attains the age
5   of 18 years. When the minor attains the age of 18 years, the depository, without further order of
6   this court, is authorized to and directed to pay directly to the former minor, upon proper demand,
7   all moneys including interest deposited under this order.

9   The petitioner shall deliver a copy of this order to the depository in which the funds are
10  deposited under this order.

12  Date: ~~May~~ June 16, 2009        By: *Ronald M. Whyte*
                                              Hon. Ronald M. Whyte,
                                              United States District Court Judge

ORDER TO DEPOSIT MONEY INTO A BLOCKED ACCOUNT                         2